UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number 05-36211 JHW

Debtor: Kevin & Shandelle Crowe

| Check Number | Creditor | Amount |
|---|---|---|
| 1682130 | Wells Fargo Home Mortgage, Inc. | 1,051.89 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 4, 2010